```
                                                              FILED
                                                           June 26, 2009
                                                        CLERK, US DISTRICT COURT
                                                        EASTERN DISTRICT OF
                                                            CALIFORNIA
                                                        _____
                                                             DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>v.                                )<br>                                  )<br>SANDEEP AGGARWAL,                 )<br>                                  )<br>            Defendant.            )<br>_____) | Case No.  2:09-mj-208 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Sandeep Aggarwal</u> Case <u>2:09-mj-208 KJM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      ___   Release on Personal Recognizance

      ___   Bail Posted in the Sum of _____

      _X_   Unsecured bond in the amount of $50,000

      ___   Appearance Bond with 10% Deposit

      ___   Appearance Bond secured by Real Property

      ___   Corporate Surety Bail Bond

      _X_   (Other) <u>Pretrial conditions/supervision; defendant ordered to surrender his passport by 7/6/09 to the Michigan Clerk of Court.</u>

Issued at <u>Sacramento, CA</u> on <u>6/26/09</u>   at  <u>2:53 p.m.</u>

By /s/ Kimberly J. Mueller

Kimberly J. Mueller,
United States Magistrate Judge